AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:15MJ250 |
| TUNISIA DAVIS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 30, 2015 _____ in the county of _____ Fairfax _____ in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 111(a) | The defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States Government while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

| Rosanne C. Haney/Melissa Pientka |
|---|

Sworn to before me and signed in my presence.

Date: _____ 05/1/2015 _____

City and state: _____ Alexandria, VA _____

_Complainant's signature_

John C. Hardee, Officer,
Central Intelligence Agency

_Printed name and title_

/s/

Theresa Carroll Buchanan
United States Magistrate Judge

_Judge's signature_

Hon. Theresa Carroll Buchanan,
U.S. Magistrate Judge

_Printed name and title_