JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**               Under Seal: Yes ___ No X    Judge Assigned: _____

City _____ ____Superseding Indictment  ____Criminal Number: _____

County/Parish Fairfax  ____Same Defendant  ____New Defendant  X _____

Magistrate Judge Case Number 1:15MJ250 _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

Juvenile -- Yes ___ No X   FBI # _____

Defendant Name: TUNISIA DAVIS _____   Alias Name(s) _____

Address: _____

Employment: _____

Birth date xx/xx/1976  SS# xxx-xx-4198  Sex F  Def Race Black  Nationality _____  Place of Birth _____

Height 5'6"  Weight 170  Hair Black  Eyes Brown  Scars/Tattoos _____

   Interpreter: X No ___Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date 04/30/2015 _____

X  Already in Federal Custody as of   04/30/2015    in CIA Security _____

___ Already in State Custody     ___ On Pretrial Release      ___ Not in Custody

___ Arrest Warrant Requested     ___ Fugitive                ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought        ___ Bond _____

Defense Counsel Information:

Name: _____       ___ Court Appointed      Counsel conflicted out: _____

Address: _____    ___ Retained             _____

Telephone: _____  ___ Public Defender      Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:

SAUSA Melissa Pientka _____ Telephone No: 703-299-3728 _____ Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

John C. Hardee, Officer, Central Intelligence Agency

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 USC 111(a) | Assault or Impede Officer | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: 1 May 15   Signature of AUSA: _____